# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

NOTICE TO COUNSEL: COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>MOHAMMAD MUKTADIR v. BEVACCO, INC., and PETER SCLAFANI, individually. | **DISTRICT**<br>Eastern District of New York | **DOCKET NUMBER**<br>12-cv-2184 |
| | **JUDGE**<br>Block | **APPELLANT**<br>Mohammad Muktadir |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Christopher L. Van De Water, Esq. |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [ ] No transcribed proceedings
- [✓] Other (Specify in the space below): Appellant is already in possession of the trial transcript.

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

Trial proceedings- September 8, 2014 - September 10, 2014

METHOD OF PAYMENT: [ ] Funds  [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE [signed] | DATE 12/10/14 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |
| SIGNATURE OF COURT REPORTED | | DATE |