# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Muktadir v. Bevacco Inc., et al.   Docket No.: 14-3901

Lead Counsel of Record (name/firm) or Pro se Party (name): Daniel R. Swanson, Esq.
Helbraun Levey & O'Donoghue LLP

Appearance for (party/designation): Bevacco Inc. and Peter Sclafani, Appellee Defendant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties:
[ ] Incorrect. Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: Daniel R. Swanson, Esq
Firm: Helbraun Levey & O'Donoghue LLP
Address: 110 William Street, Suite 1410, New York, New York 10038
Telephone: 212-219-1193          Fax: 212-226-7554
Email: daniel@helbraunlevey.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are:

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s
Type or Print Name: Daniel R. Swanson, Esq.
        OR
Signature of pro se litigant:
Type or Print Name:
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.